## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**PRENTISS GAMMAGE**                                                                                                  **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 1:22-cv-207-TBM-RPM**

**JINDAL TUBULAR USA, LLC,**
**and EXPRESS SERVICES, INC.**
***d/b/a* EXPRSS EMPLOYMENT**
**PROFESSIONALS**                                                                       **DEFENDANTS**

## ORDER GRANTING
## DEFENDANTS' MOTION TO DISMISS

This matter came before the Court on Jindal Tubular USA, LLC's Motion to Dismiss [2] and Express Services, Inc.'s Motion to Dismiss [4] on February 3, 2023. At the hearing conducted in this matter on February 3, 2023, the Court, having considered the pleadings, the record, confession of the motions by Plaintiff, and the relevant legal authority, announced its findings and conclusions. The Court concluded Jindal Tubular USA, LLC's Motion to Dismiss [2] is granted, and Express Services, Inc.'s Motion to Dismiss [4] is granted.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on February 3, 2023, Jindal Tubular USA, LLC's Motion to Dismiss [2] is GRANTED, and Express Services, Inc.'s Motion to Dismiss [4] is GRANTED, and that this matter is dismissed with prejudice.

THIS, the 3rd day of February, 2023.

                                                                         _____
                                                                        TAYLOR B. McNEEL
                                                                        UNITED STATES DISTRICT JUDGE