IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PRENTIS GAMMAGE**                                                                                          **PLAINTIFF**

v.                                                         CIVIL ACTION NO. 1:22-cv-207-TBM-RPM

**JINDAL TUBULAR USA, LLC**
*and* **EXPRESS SERVICES, INC.,**
*doing business as* **EXPRESS**
**EMPLOYMENT PROFESSIONALS**                                                  **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Order entered this date, Jindal Tubular USA, LLC's Motion to Dismiss [2] is granted, and Express Services, Inc.'s Motion to Dismiss [4] is granted. The Court finds that this action should be dismissed. This CASE is CLOSED.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is DISMISSED with prejudice.

This, the 3rd day of February, 2023.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE